Philadelphia *v.* Rutherford (et al., Appellant).

Argued October 7, 1948. Before RHODES, P. J., HIRT, RENO, DITHRICH, ROSS, ARNOLD and FINE, JJ.

*Lester S. Hecht,* for appellant.

*Isadore Gottlieb,* for appellee.

PER CURIAM, November 9, 1948:

The order of the court below is affirmed on the opinion of President Judge GORDON.